[Nos. 33917-6-I; 34815-9-I. Division One. April 29, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH CLOSSON, *Appellant*.

*In the Matter of the Personal Restraint of* KEITH CLOSSON, *Petitioner*.

Appeal from a judgment of the Superior Court for Skagit County, No. 93-1-00071-4, George E. McIntosh, J., entered December 29, 1993, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Kennedy, A.C.J., concurred in by Agid and Ellington, JJ.

[No. 35876-6-I. Division One. May 20, 1996.]

THE STATE OF WASHINGTON, *Appellant*, v. DARRYL ANTHONY STUBBLEFIELD, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 93-1-01754-0, Kathryn E. Trumbull, J., entered December 22, 1994. *Reversed* by unpublished opinion per Ellington, J., concurred in by Kennedy, A.C.J., and Agid, J.

[No. 17339-5-II. Division Two. November 8, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM HENRY AMELINE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 92-1-05238-7, Terry D. Sebring, J., entered July 13, 1993. *Affirmed* by unpublished opinion per Turner, J., concurred in by Bridgewater and Armstrong, JJ.